AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Heber Gomez

APPEARANCE

CASE NUMBER: 1:06 M 85 M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Heber Gomez

I certify that I am admitted to practice in this court.

9/5/06
*Date*

[signature]
*Signature*

Timothy J. Morgan
*Print Name*

5365
*Bar Number*

33 College Hill Rd., Suite 15 G
*Address*

Warwick
*City*

RI
*State*

02886
*Zip Code*

401. 826.3344
*Phone Number*

401. 826.0444
*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.