IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 101 T |
| | ) | Cr. No. |
| vs. | ) | In violation of 8 U.S.C. §§ 1326(a) & (b)(2) |
| | ) | |
| HEBER ENRIQUE GOMEZ | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about August 9, 2006, in the District of Rhode Island, the defendant, HEBER ENRIQUE GOMEZ, an alien who had been previously deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to apply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
Kenneth P. Madden
First Assistant U.S. Attorney

Dated: 9/20/06