1211151
RECEIVED
AUG 30 2006
US MARSHALS
RHODE ISLAND

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

HEBER GOMEZ
a/k/a Yamil Garcia

## WARRANT FOR ARREST

CASE NUMBER: 1:06 M85M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HEBER GOMEZ, a/k/a Yamil Garcia
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| DAVID L. MARTIN | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| David L. Martin | 8/30/06 PROVIDENCE, RHODE ISLAND |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __________ by __________
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __________

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/30/2006 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 09/05/2006 | | |

This form was electronically produced by Elite Federal Forms, Inc.