**UNITED STATES DISTRICT COURT**
**DISTRICT OF STATE OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
V : CR NO. 06-101T
:
HEBER GOMEZ, ALIAS :

**NOTICE OF INTENT TO PLEAD GUILTY**

Now comes the Defendant, Heber Gomez, Alias, and hereby gives notice to the court and to the United States Department of Justice that the Defendant, Heber Gomez, Alias, intends to plead guilty to the complaint as charged in the indictment.

Defendant, Heber Gomez, Alias
By his Attorney,

Timothy J. Morgan, Esq. #5365
33 College Hill Road, Suite 15G
Warwick, RI 02886
(401) 826.3344

**CERTIFICATION**

I hereby certify that a copy of the within, Notice, was mailed to Atty. Kenneth Madden, U.S. Department of Justice, via electronic mail on the 2d day of November, 2006.

Norma E. Hemp