U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

Family Name (CAPS) First Middle: GOMEZ, Heber
Sex: M | Hair: BLK | Eyes: BRO | Cmplxn: MED
Country of Citizenship: DOMINICAN REPUBLIC
Passport Number and Country of Issue:
File Number: Case No: [redacted]
Height: 68 | Weight: 160 | Occupation: SELF EMPLOYED
U.S. Address: [redacted] PROVIDENCE, RHODE ISLAND 02908
Scars and Marks: See Narrative
Date, Place, Time, and Manner of Last Entry: Unknown Date, Unknown Time, UNK, EWI/PWAP
Passenger Boarded at:
F.B.I. Number: [redacted]
☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated
Number, Street, City, Province (State) and Country of Permanent Residence: [redacted] DOMINICAN REPUBLIC
Method of Location/Apprehension: L 511.2.2
Date of Birth: [redacted] Age: [redacted]
Date of Action: 08/09/2006
Location Code: XBO/XPF
At/Near: Providence, RI
Date/Hour: 08/09/2006 0924
City, Province (State) and Country of Birth: [redacted] DOMINICAN REPUBLIC
AR: ☒
Form: (Type and No.) Lifted ☐ Not Lifted ☐
By: M NELLIGAN
NIV Issuing Post and NIV Number:
Social Security Account Name:
Status at Entry: PWA Other
Status When Found:
Date Visa Issued:
Social Security Number: [redacted]
Length of Time Illegally in U.S.: OVER 1 YEAR
Immigration Record: NEGATIVE - See Narrative
Criminal Record: See narrative
Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):
Number and Nationality of Minor Children: CLAIMS 2-USC
Father's Name, Nationality, and Address, if Known: [redacted] Nationality: DOMINICAN REPUBLIC
Mother's Present and Maiden Names, Nationality, and Address, if Known: [redacted] Nationality: DOMINICAN REPUBLIC
Monies Due/Property in U.S. Not in Immediate Possession:
Fingerprinted? Yes ☒ No ☐
INS Systems Checks: NCIC Positive
Charge Code Word(s): I9A2
Name and Address of (Last)/(Current) U.S. Employer: CLAIMS SELF EMPLOYED DAY LABOR
Type of Employment:
Salary: Hr.
Employed from/to: / / / /

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 19433211

OTHER ALIASES KNOWN BY
GARCIA, YAMIL

SCARS, MARKS AND TATTOOS
SCAR FACE
TATTOO SHOULDER, RIGHT

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by NELLIGAN

Subject is a native and citizen of the Dominican Republic. Subject claims to have entered the United States without inspection at an unknown port of entry on an unknown date of entry. Subject makes no claims to U.S. Citizenship or military service.
Subject was ordered deported from the United States on 01/29/2002 an appealed the Immigration judges order to the Board of Immigration Appeals (BIA) appealed dismissed on 04/23/2003 and subject was then deported from the United States on 11/21/2003 via flight AA2087.
Subject criminal history dates; 04/28/1994 Possession with intent to deliver Heroin, convicted 2-year sentence. 11/18/1999 Possession with intent to deliver Cocaine, convicted of resisting arrest received one-year probation, 07/04/2000 resisting arrest, convicted of resisting arrest received one-year probation, 07/04/2000 arrested for eluding police, possession of marijuana, received 11-months probation,

M NELLIGAN
SENIOR SPECIAL AGENT
(Signature and Title of INS Official)

Alien has been advised of communication privileges. [initials] (Date/Initials)

Distribution:
file
stats

Received: (Subject and Documents) (Report of Interview)
Officer: M NELLIGAN
on: August 9, 2006 at 0944 (time)
Disposition: REINSTATEMENT OF DEPORT ORDER I-871
Examining Officer: D. P. RICCIO

S. Department of Justice
nigration and Naturalization Servi

Continuati Page for Form I-213

| ien's Name | File Number | Date |
|---|---|---|
| MEZ, Heber | Case No: [redacted] | 08/09/2006 |

11/08/2000 arrested for possession/delivery Heroin 1oz-1kilo, convicted of possession of a controlled substance I-IV.
Subject states that he paid $12,000usc to reenter the United States from Mexico. Subject states he entered the United on or about June 2005. Subject has identification in the name of Yamil Garcia, and a social security card [redacted]
Subject to be processed and served held in ICE custody. U.S. Attorneys Office notified.
Subject also states that he had his fingerprints altered in the Dominican Republic.

| Signature | Title |
|---|---|
| M NELLIGAN | SENIOR SPECIAL AGENT |



Form I-831 Continuation Page (Rev. 6/12/92)

[redacted]. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act**

File No: [redacted]

In the Matter of:

Respondent: GOMEZ, Heber Enrique

[redacted], PROVIDENCE, RI 02907
(Number, street, city, state and ZIP code)

(401) [redacted]
(Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of The Dominican Republic, and a citizen of the Dominican Republic.
3. You were admitted to the United States at New York, New York on or about 12-21-83 as an Immigrant.
4. You were, on 11-14-96, convicted in the Superior Court at Providence, Rhode Island for the offense of Possession of a Controlled Substance, to wit, Heroin, as set forth in Schedule I ofsection21-28-2.08 of the General Laws of Rhode Island.
5. For this offense you received a suspended sentence of two (2) years.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(B)(i) of the of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. 802), other than a single offense involving possession for one=s own use of 30 grams or less or marijuana.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: TO BE SET

(Complete Address of Immigration Court, Including Room Number, if any)

on TO BE SET (Date) at TO BE SET (Time) to show why you should not be removed from the United States based on the charge(s) set forth above.

OFFICER IN CHARGE
(Signature and Title of Issuing Officer)

Date: 12-13-99

PROVIDENCE, RHODE ISLAND
(City and State)

See reverse for important information

FILE COPY

Form I-862 (Rev. 4-1-97)

## See reverse for important information

**Warning: Any statement you make may be used against you in removal proceedings.**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

Heber Gomez
(Signature of Respondent)

Before:
[signature], Special Agent
(Signature and Title of INS Officer)

Date: 12-13-99

### Certificate of Service

This Notice to Appear was served on the respondent by me on 12-13-99 (Date), in the following manner and in compliance with section 239(a)(1)(F) of the Act:

☒ in person ☐ by certified mail, return receipt requested ☐ by regular mail

☒ Attached is a list of organizations and attorneys which provide free legal services.

☒ The alien was provided oral notice in the Spanish + English language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

FILE COPY

Heber Gomez

[signature], SA
(Signature and Title of Officer)

U.S. Department of Justice
Immigration and Naturalization Service

# Additional Charges of Inadmissibility/Deportability

**In:**

☒ ☑ **Removal proceedings under section 240 of the Immigration and Nationality Act**

☐ **Deportation proceedings commenced prior to April 1, 1997 under former section 242 of the Immigration and Nationality Act**

**In the Matter of:**

Alien/Respondent: Heber Enrique GOMEZ

File No: [redacted] Address: [redacted]., Providence, R.I. 02907

There is/are hereby lodged against you the additional charge(s) that you are subject to being taken into custody and deported or removed from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an ggravated felony as defined in section 101(a)(43)(B) of the Act, to wit: trafficking in a controlled substance.

In support of the additional charge(s) there is submitted the following factual allegation(s) X ☑ in addition to ☐ in lieu of those set forth in the original charging document:

6. You were on July 24, 2000 convicted in the District Court of the State of Rhode Island for the offense of possession of a controlled substance, marijuana, as set forth in schedule 1 of 21-28-2.08 of the General Laws of Rhode Island, as amended, in violation of 21-28-4.01 ©(1)(b) of the General Laws of Rhode Island, as amended.

Withdrawn

X3 I-261 4-17-01

Dated: 8/29/00

A.D.C.
(Signature of Service Counsel)

Form I-261 (Rev. 4/1/97)N

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Custody Determination

File No: [redacted]

Date: March 12, 2001

GOMEZ, Heber Enrique
C/O USINS #99023

ACI Intake

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the Immigration Judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

- ☒ detained in the custody of this Service.
- ☐ released under bond in the amount of $ __________.
- ☐ released on your own recognizance.

☒ You may request a review of this determination by an Immigration Judge.

☐ You may not request a review of this determination by an Immigration Judge because the Immigration and Nationality Act prohibits your release from custody.

[signature]
(Signature of authorized officer)

Officer In Charge
(Title of authorized officer)

Providence, RI
(INS office location)

☒ do ☐ do not request a redetermination of this custody decision by an Immigration Judge.

☐ I acknowledge receipt of this notification.

x Heber E. Gomez
(Signature of respondent)

3-12-01
(Date)

## RESULT OF CUSTODY REDETERMINATION

On ________________, custody status/conditions for release were reconsidered by:

☐ Immigration Judge ☐ District Director ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:

- ☐ No change - Orignial determination upheld.
- ☐ Detain in custody of this Service.
- ☐ Bond amount reset to __________
- ☐ Release - Order of Recognizance.
- ☐ Release - Personal Recognizance.
- ☐ Other: ________________

____________________
(Signature of officer)



## Notice to Respondent

**Warning: Any statement you make may be used against you in removal proceedings.**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the charging document and that you are inadmissible or deportable on the charges contained in the charging document. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

**Certificate of Service**

This charging document was served on the respondent by me on 10-2-01 (Date) in the following manner and in compliance with section 239(a)(1)(F) of the Act:

☐ in person ☐ by certified mail, return receipt requested ☒ by regular mail

to: Attorney Susan Mills, 1165 Elmwood Avenue, Providence, Rhode Island 02907
(Alien's address)

☐ The alien was provided oral notice in the ________ language of the time November and place of his or her heari of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

Michael A. Bueno ADC
(Signature and title of officer)

________________________
(Signature of respondent if personally served)

IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA 02203-0002

In the Matter of

Case No.: [redacted]

GOMEZ, HEBER ENRIQUE
Respondent

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jan 29, 2002. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[✓] The respondent was ordered removed from the United States to Dominican Republic or in the alternative to

[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to alternative to

[ ] Respondent's application for voluntary departure was granted until upon posting a bond in the amount of $ ________ with an alternate order of removal to

[ ] Respondent's application for asylum was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for withholding of removal was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal was ( ) granted under section 240A(b)(1) ( ) granted under section 240A(b)(2) ( ) denied ( ) withdrawn. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's application for a waiver under section ______ of the INA was ( )granted ( )denied ( )withdrawn or ( )other.

[ ] Respondent's application for adjustment of status under section ________ of the INA was ( )granted ( )denied ( )withdrawn. If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's status was rescinded under section 246.

[ ] Respondent is admitted to the United States as a ________ until ________.

[ ] As a condition of admission, respondent is to post a $ ________ bond.

[ ] Respondent knowingly filed a frivolous asylum application after proper notice.

[ ] ~~Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.~~

[ ] Proceedings were terminated.

[ ] Other: ________________________________

Date: Jan 29, 2002

Appeal: ~~Waived~~/Reserved

Appeal Due By: 2-28-02

THOMAS M. RAGNO
Immigration Judge

LR

U.S. Department of Justice
Immigration and Naturalization Service

# Wai ..nt of Removal/Deportation

File No: [redacted]

Date: MAY 13, 2003

**To any officer of the United States Immigration and Naturalization Service:**

Heber GOMEZ
(Full name of alien)

who entered the United States at NEW YORK, NY (Place of entry) on 12/21/1983 (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☐ an immigration judge in exclusion, deportation or removal proceedings
- ☐ a district director or a district director's designated official
- ☒ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

SECTION 237(a)(2)(B)(i)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

the appropriation "Salaries and Expenses of the Bureau of Immigration and Customs Enforcement, 2003" including the expenses of an attendant if necessary.

for Steven J. Farquharson
(Signature of INS official)

Interim Director of Interior Enforcement
(Title of INS official)

May 13, 2003
(Date and office location)

KLO28 DACS CASE COMMENTS LOOK SCREEN DATE: 08/09/2006
TIME: 09:21:22

A-NUM: [redacted] LAST NAME: GOMEZ
NATLTY: DR FIRST NAME: HEBER

MMENT 1: CENF. FDC/OAK COV TO BOS GRNTD 1/11/00
REENTRY CURRENTLY BEING HELD AT ACI 8/8/00

MMENT 2: CUSTODY REDETERMINATION HEARING ON 8/29/00 @1PM
RELEASED ON $1,500.00 CASH BOND 9/29/00

MMENT 3: BACK IN INS CUST AT ACI 3/12/01 BOND TO BE CANX
$1,500.00 BOND CANCELLED ON 3/16/2001

MMENT 4: HEARING ON 4/17/2001 JFK 1PM
CUSTODY REDETERMINATION 4/17/01

IT PF1 OR PF2 TO SEE MORE INFORMATION
IT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

XLO28 DACS CASE COMMENTS LOOK SCREEN DATE: 08/09/2006
TIME: 09:21:26

A-NUM: [redacted] LAST NAME: GOMEZ
NATLTY: DR FIRST NAME: HEBER

MMENT 1: ENTRY OF APPERANCE FILED BY HIS ATTORNEY 02/22/2002/BIA/
APPEAL 02/22/02

MMENT 2: CENF: PENDING BIA APPEAL FILED 2/22/02
CENF: PENDING BIA 1/2/03

MMENT 3: CENF: PEND BIA 02/22/03
CENF APPEAL DISMISSED 4/28/03, USDC HABEAS FILED

MMENT 4: 10/15/03 2ND TD REQUEST;CONSULATE COULDNOT LOCATE ORGINAL TD
REQUEST

IT PF1 OR PF2 TO SEE MORE INFORMATION
IT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

U.S. Department of Justice
Immigration and Naturalization Service

# Warrant of Removal/Deportation

File No: [redacted]

Date: MAY 13, 2003

**To any officer of the United States Immigration and Naturalization Service:**

Heber GOMEZ,
(Full name of alien)

who entered the United States at NEW YORK, NY (Place of entry) on 12/21/1983 (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☐ an immigration judge in exclusion, deportation or removal proceedings
- ☐ a district director or a district director's designated official
- ☒ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

SECTION 237(a)(2)(B)(i)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

the appropriation "Salaries and Expenses of the Bureau of Immigration and Customs Enforcement, 2003" including the expenses of an attendant if necessary.

for Steven J. Farquharson
(Signature of INS official)

Interim Director of Interior Enforcement
(Title of INS official)

May 13, 2003
(Date and office location)

Form I-205 (Rev. 4-1-97) N

To be completed by Service officer executing the warrant:

Name of alien being removed:

Heber GOMEZ

Port, date, and manner of removal: BOSTON 11-21-03 AA2087



Photograph of alien removed



Right index fingerprint of alien removed

x Heber Gomez

(Signature of alien being fingerprinted)

[illegible]

(Signature and title of INS official taking print)

Departure witnessed by: Patrick Mullen I.E.A.

(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: ______________________

(Signature and title of INS official)