**UNITED STATES DISTRICT COURT**
**DISTRICT OF STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V | : | CR NO. 06-101T |
| | : | |
| HEBER GOMEZ, ALIAS | : | NOTICE OF APPEAL |

Notice is hereby given that Heber Gomez, Defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed upon him during a sentencing Hearing and entered in this action on the 9th day of March, 2007.

Defendant, Heber Gomez
By his Attorney,

\s\ Timothy J. Morgan
Timothy J. Morgan, Esq. #5365
33 College Hill Road, Suite 15G
Warwick, RI 02886
(401) 826.3344

**CERTIFICATION**

I hereby certify that a copy of the within, Notice, was mailed to Kenneth P. Madden, AUSA, US Attorney's Office, 50 Kennedy Plaza - 8th Floor, Providence, RI 02903, via regular mail on the _________________ day of _______________________, 2007.

__________________________________