Heber Enrique Gomez
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| USA | : | |
| | : | |
| V | : | Cr. No 06-101 T |
| | : | |
| Heber Enrique Gomez | : | NOTICE OF APPEAL |
| | : | |
| XXX | | |

The defendant, Heber Enrique Gomez, pro se, hereby gives notice o appeal against the sentence and Judgment entered against him by the Honorable Ernest C. Torres in this Court

Respectfully Submitted,

Heber E Gomez
Heber Enrique Gomez, Appellant

I, Heber Enrique Gomez, certify that a true copy of the foregoing has been mailed this 13th day of March 2007 via US certified Postal Service to each of the following:

Assistance US. Attorney
Kenneth P. Madden
Fleet Center
50 Kennedy Plaza
Providence, RI. 02903

Defendant's Counsel
Timothy J. Morgan, Esq.
33 College Hill Road
Suite 15G
Warwich, RI 02886

United State District Court
One Exchange Terrace
Federal Building and
Courthouse
Providence, RI. 02903