UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

April 3, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

**RE:** ***CR06-101T USA v. HEBER ENRIQUE GOMEZ***

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

ENCLOSED: Enclosed: Appeal Cover Letter, Appeal Cover Sheet, Notices of Appeal(2), Complete Case File, PSR(sealed), SOR(sealed), Certified Copy of Docket