06-101
USDC/RI
Judge Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1542

UNITED STATES

Appellee

v.

HEBER GOMEZ, a/k/a Yamil Garcia

Defendant - Appellant

**JUDGMENT**
Entered: May 2, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's letter, which we treat as a motion for voluntary dismissal, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 07-1543.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By____________________
Chief Deputy Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

S. Pedrosa
**Deputy Clerk**

**Date:** 5-2-07

[cc: Timothy J. Morgan, Esq., Kenneth P. Madden, Esq. and Donald Lockhart, Esq.]