UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 18, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. HEBER GOMEZ***
***USDC CR06-101T*** ***USCA: 07-1543***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

enclosed: Doc. #22 - Transcript of Proceedings (Change of Plea) as to Heber Gomez held on November 29, 2006 before Judge Ernest C. Torres; Cert. Copy of Docket.